UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20206-CR-BLOOM/VALLE

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DAMASE CAMERON**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant Damase Cameron's Motion to Suppress Evidence ECF No. [130]. Pursuant to 28 U.S.C. Section 636 (b)(1)(A) and (B) and the Magistrate Judge Rules of the S.D. Fla. L.R., the matter was referred for a Report and Recommendation to Magistrate Judge Alicia O. Valle [ECF No. 149]. On August 19, 2014, Magistrate Judge Valle held an evidentiary hearing on the Motion where all evidence and testimony was considered. On September 3, 2014, Magistrate Judge Valle issued her Report and Recommendation on Defendant's Motion to Suppress Evidence ECF No. [197]. The Defendant has failed to file objections. The Court has conducted a careful and complete review of the record to determine whether the findings are reasonable. The Court finds no error, the conclusions are reasonable and this Court is in full agreement with Judge Alicia O. Valle's recommendation. Therefore, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation **ECF No. [197]** is **AFFIRMED AND ADOPTED**. Defendant, Damase Cameron's Motion to Suppress Evidence ECF No. [130] is **DENIED**.

14-20206-CR-BLOOM/VALLE

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of September, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record